IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIN THOMAS,

        Plaintiff,

v.                                              No. 13-CV-118 ACT/KBM

AMERICAN CAMPUS
COMMUNITY OP (UNM
SOUTH) LLC, and AMERICAN
CAMPUS COMMUNITY
MANAGEMENT, LLC,

        Defendant.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff ERIN THOMAS ("Plaintiff"), by and through her attorney of record Roberta M. Yurcic, Esq., and Defendants ACC OP (UNM SOUTH) LLC (misnamed in the Complaint as AMERICAN CAMPUS COMMUNITY OP (UNM SOUTH) LLC), ("ACC OP") and ACC OP Management, LLC (misnamed in the Complaint as AMERICAN CAMPUS COMMUNITY MANAGEMENT, LLC) ("AOM") (collectively referred to herein as "Defendants"), by and through their counsel, Jackson Lewis P.C. (Victor P. Montoya), pursuant to Rule 41(a)(1(A)(ii) and hereby stipulate to the dismissal with prejudice of any and all claims which Plaintiff brought or could have brought in the above-entitled action against Defendants. Neither party admits liability to the other, and all parties shall bear their own costs and attorney's fees incurred in this matter.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED this 19th day of December, 2013.

|  |  |
|---|---|
| _____<br>ROBERTA M. YURCIC, ESQ.<br>P.O. Box 21418<br>Albuquerque, NM  87154-1418<br>*robertamarie1@gmail.com*<br>*Attorney for Plaintiff* | JACKSON LEWIS P.C.<br><br>_____<br>Victor P. Montoya<br>4300 San Mateo Blvd. NE<br>Suite B-260<br>Albuquerque, NM  87110<br>montoyav@jacksonlewis.com<br>*Attorneys for Defendants* |

4819-4555-3175